# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2600

_____

| | | |
|---|---|---|
| George Brown, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Carol A. Rhoads; Margaret Wansing, | * | |
| Caseworker/Disciplinary Hearing | * | [UNPUBLISHED] |
| Officer; Liz Hamblin, Functional Unit | * | |
| Manager/Acting Superintendent I; | * | |
| Vernon Heath, Superintendent/Section | * | |
| Head; Thomas Clements, Assistant | * | |
| Division Director of Adult Institutions, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  August 7, 2003

Filed:  August 12, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate George Brown appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we affirm for the reasons stated by the district court. See 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.